1           **BOHN & BOHN** LLP           *E-FILED 1/23/09*

    ROBERT H. BOHN, ESQ. - State Bar #36283

2        152 N. Third Street, Suite 200

       San Jose, California 95112

3        Telephone: (408) 279-4222

       Fax No.: (408) 295-2222

4

5 Attorneys for Plaintiff CHARLES VISO

6

7           UNITED STATES DISTRICT COURT

8        NORTHERN DISTRICT OF CALIFORNIA

9             SAN JOSE DIVISION

10

CHARLES VISO,            Case No.  C08 04636RS

11

        Plaintiff,

12                  **STIPULATION AND** [PROPOSED]

                      **ORDER TO CONTINUE CASE**

13    v.                 **MANAGEMENT CONFERENCE**

14 FEDERATED LIFE INSURANCE

   COMPANY, a corporation,

15

        Defendant.

16 _____/

17      The parties jointly seek to continue the Case Management Conference scheduled

18 for February 18, 2009, at 2:30 P.M., due to plaintiff counsel's unavailability. Plaintiff's

19 counsel has six depositions scheduled consecutively in another matter starting on

20 February 18, 2009, from 10:00 A.M. to 5:30 P.M. and continuing through February 19,

21 2009. The depositions are of hospital personnel which took two months to coordinate.

22      IT IS HEREBY STIPULATED by the plaintiff CHARLES VISO and Defendant

23 FEDERATED LIFE INSURANCE COMPANY, through their counsel of record, to

24 continue the February 18, 2009, Case Management Conference to a date convenient to

25 the Court (counsel are available March 11, 2009, at 2:30 P.M.).

26 ///

27 ///

28 ///

1  Dated: January 22, 2009                    BOHN & BOHN LLP

2

3

4                                            BY:  ROBERT H. BOHN
                                                  Attorneys for Plaintiff
                                                  CHARLES VISO
5

6  Dated _1/22/09_                           THE COSTA LAW FIRM

7

8

9                                            BY:  DANIEL P. COSTA, ESQ.
                                                  Attorneys for Defendant
                                                  FEDERATED    LIFE    INSURANCE
10                                                COMPANY

11                                           **ORDER**

12
        In consideration of the stipulation signed by the parties and good cause
13
   appearing, it is hereby ordered that:
14
        The February 18, 2009, Case Management Conference is continued to March
15
   11, 2009, at 2:30 P.M., in Courtroom 4.
16

17

18                 January 23
   Dated: _____, 2009
19                                           HONORABLE RICHARD SEEBORG

20

21

22

23

24

25

26

27

28

---

Viso v. Federated Life Insurance Company
Stipulation and [Proposed] Order to Continue Case Management Conference