United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHARLES VISO,

        Plaintiff,

  v.

FEDERATED LIFE INSURANCE COMPANY,

        Defendant.
_____/

**No. C 08-04636 RS**

**JUDGMENT**

    Based on the order issued herewith, granting defendant's motion for summary judgment, the Court enters judgment in favor of defendant and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 01/28/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE