**\*E-Filed 01/28/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES VISO, | **No. C  08-04636 RS** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FEDERATED LIFE INSURANCE COMPANY, | |
| Defendant. _____/ | |

Based on the order issued herewith, granting defendant's motion for summary judgment, the Court enters judgment in favor of defendant and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 01/28/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE